COM.

v.

WATKINS, M.

2681 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

CP–51–CR–0015551–2010
(Philadelphia)

Affirmed

COM.

v.

PERALTA, J.

2971 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

CP–09–CR–0007919–2011
(Bucks)

Withdrawal of Counsel Denied

COM.

v.

MUNSON, I.

3160 EDA 2016

Superior Court of Pennsylvania.

08/25/2017

CP–51–CR–1301659–2006
(Philadelphia)

Affirmed/Remanded

COM.

v.

ROGERS, P.

3356 EDA 2016

Superior Court of Pennsylvania.

08/25/2017
Reargument Denied 10/26/2017

CP–51–CR–1133821–1990
(Philadelphia)

Affirmed